# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William Keck | Case No.: 3:22-cv-00031-JAD-WGC |
| Petitioner | |
| v. | **Order Granting in Part Application to Proceed *In Forma Pauperis* and Appointing Counsel** |
| William Gittere, *et al.*, | ECF Nos. 1, 2 |
| Respondents | |

Petitioner William Keck was sentenced to death after he was convicted of first-degree murder with a deadly weapon and other crimes.[1] He now petitions for a writ of habeas corpus.[2] I have reviewed his petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and I find it worthy of service upon the respondents, so I direct service.

Keck also applies to proceed *in forma pauperis*[3] and requests court-appointed counsel.[4] However, his application to proceed *in forma pauperis* is incomplete because the required financial certificate has not been completed and signed by an authorized prison officer.[5] And, at any rate, he states in the application that he has received $3,674 in the past twelve months and

---

[1] ECF No. 1-3 (judgment of conviction); NEV. DEP'T OF CORR. (January 20, 2022) http://doc.nv.gov/Inmates/Home/ (inmate search by name William Keck or offender ID 1091844).

[2] ECF No. 1-1.

[3] ECF No. 1.

[4] ECF No. 2.

[5] ECF No. 1 at 5; *see also* LSR 1-2.

that he has $1,074 in his prison account, indicating that he can easily pay the $5.00 filing fee.[6] So I decline to waive the filing-fee requirement. It does appear, however, that Keck lacks the resources necessary to employ counsel for this capital habeas action, so I grant him pauper status for all other purposes in this case, and I appoint counsel to represent him.

Accordingly, IT IS ORDERED that Keck's application to proceed *in forma pauperis* **[ECF No. 1]** is **GRANTED in part and DENIED in part**. Keck is granted leave to proceed *in forma pauperis*, but he **has until February 25, 2022, to pay the $5.00 filing fee**.

IT IS FURTHER ORDERED that Keck's motion for appointment of counsel **[ECF No. 2] is GRANTED**. The Federal Public Defender for the District of Nevada is appointed to represent Keck. The Federal Public Defender will have until **February 25, 2022**, to either (1) file a notice of appearance as counsel or (2) file a notice indicating its inability to represent Keck in these proceedings.

The **Clerk of Court** is directed to **electronically SERVE a copy of this order on the Federal Public Defender** for the District of Nevada. The **Clerk of Court** is also directed to **ADD Aaron D. Ford**, Attorney General of the State of Nevada, as counsel for respondents and to provide respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the AG only.

Finally, the **Clerk of Court** is directed to **electronically SERVE** upon respondents **a copy of Keck's petition (ECF No. 1-1) and a copy of this order**. Respondents have **until February 25, 2022, to enter a notice of appearance**, but no further action in this case is required unless the Court orders otherwise.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 26, 2022

---

[6] ECF No. 1 at 2.