**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| William Keck<br><br>    Petitioner<br><br>v.<br><br>William Reubart, *et al.*,<br><br>    Respondents | Case No.: 3:22-cv-00031-JAD-CSD<br><br>**Order Granting Motion for Extension of Time**<br><br>**ECF No. 10** |

In this capital habeas corpus action, Petitioner William Keck, represented by appointed counsel, had until May 2, 2022, to file an amended petition for writ of habeas corpus.[1] On May 2, 2022, Keck filed a motion for extension of time,[2] requesting that I extend by 140 days, to September 19, 2022, the time for him to file his amended petition. This would be the first extension of this deadline. Keck's counsel states that the extension is necessary because of his obligations in other cases, the complexity of this case, and the time necessary to conduct an adequate investigation. Respondents do not oppose Keck's motion. I find that Keck's motion is made in good faith and not solely for the purpose of delay, so I grant the requested extension of time.[3]

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time **(ECF No. 10) is GRANTED**. Petitioner's deadline to file his first amended petition for writ of habeas corpus is extended to September 19, 2022.

---

[1] *See* ECF No. 8 (scheduling order).

[2] ECF No. 10.

[3] In granting this extension of time, I do not mean to comment upon, or affect in any manner, the application of any statute of limitations in this case.

1 **IT IS FURTHER ORDERED** that, under Federal Rule of Civil Procedure 25(d), William Reubart is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

_____
U.S. District Judge Jennifer A. Dorsey
May 3, 2022